UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>WILLIE WILCOX, Revenue Officer,<br><br>        Petitioners,<br><br>    v.<br><br>HOWARD HINKLE,<br><br>        Respondent.<br>_____/ | No.  C 07-5270   WDB<br><br>NOTICE OF IMPENDING <u>REASSIGNMENT TO A UNITED</u> <u>STATES DISTRICT COURT JUDGE</u> |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for January 23, 2008, at 4:00 p.m. is vacated.

Dated: October 22, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  SarahWeinstein
      Law Clerk

Copies to:
    All parties
    WDB
    Stats

N:\FORMS\impending reassignment clerks notice.wpd