1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2 | THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4 | Assistant United States Attorney
   9th Floor Federal Building
5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-7000
   Fax:       (415) 436-6748
7 |
Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and WILLIE WILCOX, Revenue Officer,** | NO. C-07-05270-SBA |
| Petitioners, | |
| v. | **CERTIFICATE OF SERVICE** |
| **HOWARD HINKLE,** | |
| Respondent. | |

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

REASSIGNMENT ORDER and CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES

1

1  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
2  envelope, and served as follows:
3  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
4  the designated area for outgoing U.S. mail in accordance with this office's practice.
5  ____  **PERSONAL SERVICE (BY MESSENGER)**
6  ____  **FACSIMILE (FAX)** No.: _____
7  to the parties addressed as follows:
8  HOWARD HINKLE
   59 CLUB VIEW DRIVE
9  NOVATO, CA 94949
10     I declare under penalty of perjury under the laws of the United States that the foregoing is
11 true and correct.
12     Executed on **October 31, 2007** at San Francisco, California.

                                    _____
                                    /s/ Kathy Tat
                                    **KATHY P. TAT**
                                    **Legal Assistant**

Certificate of Service
C-07-05270-SBA                          2