SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-7000
  Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and WILLIE WILCOX, Revenue Officer,**<br><br>    **Petitioners,**<br><br>    v.<br><br>**HOWARD HINKLE,**<br><br>    **Respondent.** | NO.  C-07-5270-SBA<br><br>**APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE SUMMONS OF THE INTERNAL REVENUE SERVICE** |

    The United States of America dismisses the Petition To Enforce filed on October 16, 2007, because the respondent has complied with the summons, this matter is moot.

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        /s/ Cynthia Stier
                                        CYNTHIA STIER
                                        Assistant United States Attorney
                                        Tax Division

SO ORDERED:


DATED: _____
                                        SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE SUMMONS OF THE INTERNAL REVENUE SERVICE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

HOWARD HINKLE
59 CLUB VIEW DRIVE
NOVATO, CA 94949

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 28, 2007** at San Francisco, California.

                                                     /s/ Kathy Tat
                                                     **KATHY TAT**
                                                     **Legal Assistant**