```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
   9th Floor Federal Building
   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:  (415) 436-7000
   Fax:           (415) 436-6748
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and WILLIE WILCOX, Revenue Officer,**           Petitioners,                   v.    **HOWARD HINKLE,**             Respondent. | NO.  C-07-5270-SBA  **APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE SUMMONS OF THE INTERNAL REVENUE SERVICE** |

    The United States of America dismisses the Petition To Enforce filed on October 16, 2007, because the respondent has complied with the summons, this matter is moot.

```
                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        /s/ Cynthia Stier
                                        CYNTHIA STIER
                                        Assistant United States Attorney
                                        Tax Division
```

SO ORDERED:

DATED:   11/29/07

_/s/ Saundra B. Armstrong_
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE SUMMONS OF THE INTERNAL REVENUE SERVICE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

HOWARD HINKLE
59 CLUB VIEW DRIVE
NOVATO, CA 94949

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **November 28, 2007** at San Francisco, California.

                                                  /s/ Kathy Tat
                                                **KATHY TAT**
                                                **Legal Assistant**